1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11  JESUS F. MORENO,                )  Case No. 08cv2247-L (BLM)
                                    )
12              Plaintiff,          )  **ORDER VACATING EARLY NEUTRAL**
                                    )  **EVALUATION CONFERENCE**
13  v.                              )
                                    )
14  UNITED STATES OF AMERICA and the )  [Doc. No. 10]
    STATE OF CALIFORNIA,            )
15                                  )
                Defendants.         )
16  _____)

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

On February 4, 2009, parties to the above captioned matter filed a joint motion requesting that the Court vacate the Early Neutral Evaluation Conference ("ENE") scheduled for February 6, 2009 at 1:30 p.m. The parties state that Defendant no longer claims an interest in the subject property. Therefore, they intend to file a joint motion for entry of judgment. Based upon the parties' representations, the Court finds is inappropriate to hold an ENE and hereby **GRANTS** the joint motion. Accordingly, the ENE is **VACATED.**

**IT IS SO ORDERED.**

DATED: February 5, 2009

BARBARA L. MAJOR
United States Magistrate Judge